# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: George Fikhman Atty Name (if applicable): Sheldon J. Eskin, Esq.
Street Address: 13400 Riverside Dr. #209 CA Bar No. (if applicable): 105665
Sherman Oaks CA Atty Fax No. (if applicable): (818) 905-0104
Filer's Telephone No.: (818) 905-0102

| In re: | Case No.: 1:11-bk-16691-AA |
|---|---|
| George Fikhman | Chapter 7 ✓ 11 ____ 13 ____ |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ____ No ✓

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ✓ B ✓ C ✓ D ____ E ____ F ____ G ____ H ____ I ✓ J ✓

Statement of Social Security Number(s) ____ Statement of Financial Affairs ____

Statement of Intention ✓ Other ____

**NOTE**: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, George Fikhman, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 7/2/11

[signature]
*Debtor Signature*

*Co-Debtor Signature*

**FOR COURT USE ONLY**

***SEE REVERSE SIDE***

B-1008 *Revised November 2003*

**PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 7/06/2011

Sheldon J. Eskin
Print or Type Name

Signature

(SEE ATTACHED MAILING LIST.)

B6A (Official Form 6A) (12/07)

In re **GEORGE FIKHMAN**, Debtor

Case No. **1:11-bk-16691**

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 5460 White Oak Ave, C218 Encino, CA91316 | residential rental | H | 200,000.00 | 266,000.00 |
| 5959 Shosone Avenue Encino, CA91316 | home, husband's one half interest, Full Value Shown | C | 513,500.00 | 808,558.00 |
| 6312 Michelangelo Lane NW, Albuquerque, NM 87114 | residential rental | H | 139,800.00 | 119,000.00 |
| 6100 Star Gazer Ave, NW Albuquerque, NM87114 | residential rental | H | 139,700.00 | 109,550.00 |
| 5927 Night Rose Ave, NW Albuquerque, NM87114 | residential rental | H | 134,900.00 | 126,300.00 |
| 5923 Night Whisper Ave, NW Albuquerque, NM87114 | residential rental | H | 138,900.00 | 123,300.00 |
| 309 Cascabel Trail, SE Albuquerque, NM87123 | residential rental | H | 159,900.00 | 129,000.00 |
| 905 Nakomis Dr..NE Albuquerque NM87112 | residential rental | H | 165,000.00 | 240,000.00 |

Sub-Total > **1,591,700.00** (Total of this page)

Total > **1,591,700.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

7/05/11 11:11AM

B6B (Official Form 6B) (12/07)

In re GEORGE FIKHMAN, Debtor

Case No. 1:11-bk-16691

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | cash | H | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank, Account No. xxxx7674, Husband's 1/2 Interest Full Amount shown | C | 1,522.00 |
| | | Chase Bank, Account No. xxxx9604 Husband's 1/2 Interest Full Value Shown | C | 479.00 |
| | | Chase Bank Account No. xxxx4132 | H | 311.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | household funiture | - | Unknown |
| | | Treadmill<br>Location: At debotor's residence | - | 500.00 |
| | | Coach<br>Location: at debtor's residence | - | 100.00 |
| | | Desk Bookshelfs, file cainet, chair<br>Location: At Debtor's residence | - | 100.00 |
| | | Computer<br>Location at debtor's residence | - | 100.00 |
| | | Baby Furniture, Dresser, Couch, | - | 550.00 |
| | | Bedroom furniture TV Rocking chair<br>Location: At debtor's residence | - | 170.00 |
| | | Dinning Room Furniture, Armoire, Painting | - | 525.00 |
| | | Couch, Painting Glasstable & Mirror<br>Location at debtor's residence | - | 225.00 |
| | | Couch, TV Stero, Mirror, Coffee Table | - | 700.00 |

Sub-Total > 5,382.00
(Total of this page)

3 continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re GEORGE FIKHMAN, Debtor

Case No. 1:11-bk-16691

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Pots/Pans, Dishes , Utensils, 3 bar stools**<br>**Location: at debtors residence** | - | 325.00 |
| | | **Patio Table chairs, BBQ** | - | 650.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **wearing apparel husband-$325, wife-$500** | C | 825.00 |
| 7. Furs and jewelry. | | **Wedding ring** | W | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Two(2) guns** | H | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **a Five Percent9 (5%) interest in Auction Brothers, an E Bay Business** | H | 2,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total > 4,800.00
(Total of this page)

Sheet 1 of 3 continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

B6B (Official Form 6B) (12/07) - Cont.

In re GEORGE FIKHMAN, Debtor

Case No. 1:11-bk-16691

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Lexus GS300 automobile, fair condition, 72000 miles, Husband's 1/2 Interest Full Value Shown** | **C** | **10,000.00** |
| | | **2001 Toyota Tundra SR5, 4 Door, 31000 miles,condition fair, Husband's 1/2 Interest, Full Value Shown** | **C** | **7,000.00** |

Sub-Total > **17,000.00**
(Total of this page)

Sheet 2 of 3 continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re **GEORGE FIKHMAN**, Debtor

Case No. 1:11-bk-16691

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1999 Ford Cargo Van F 250, 175000 miles, condition poor, Husband's 1/2 Interest, Full Value Shown** | **C** | **1,500.00** |
| | | **2001 Kawasaki 2RX 1200, 28000 miles, Condition fair, Husband's 1/2 Interest, Full Value Shown** | **C** | **2,000.00** |
| | | **2006 Lexus RX350, 44,000 miles Location with Debtor's (value from Edmonds)** | **-** | **20,684.00** |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | **X** | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30. Inventory. | **X** | | | |
| 31. Animals. | **X** | | | |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

Sub-Total > **24,184.00**
(Total of this page)
Total > **51,366.00**

Sheet 3 of 3 continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

7/01/11 3:05PM

B6C (Official Form 6C) (4/10)

In re GEORGE FIKHMAN, Debtor

Case No. 1:11-bk-16691

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| Treadmill<br>Location: At debotor's residence | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| Coach<br>Location: at debtor's residence | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| Desk Bookshelfs, file cainet, chair<br>Location: At Debtor's residence | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| Computer<br>Location at debtor's residence | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| Baby Furniture, Dresser, Couch, | C.C.P. § 703.140(b)(3) | 550.00 | 550.00 |
| Bedroom furniture TV Rocking chair<br>Location: At debtor's residence | C.C.P. § 703.140(b)(3) | 170.00 | 170.00 |
| Dinning Room Furniture, Armoire, Painting | C.C.P. § 703.140(b)(3) | 525.00 | 525.00 |
| Couch, Painting Glasstable & Mirror<br>Location at debtor's residence | C.C.P. § 703.140(b)(3) | 225.00 | 225.00 |
| Couch, TV Stero, Mirror, Coffee Table | C.C.P. § 703.140(b)(3) | 700.00 | 700.00 |
| Pots/Pans, Dishes , Utensils, 3 bar stools<br>Location: at debtors residence | C.C.P. § 703.140(b)(3) | 325.00 | 325.00 |
| Patio Table chairs, BBQ | C.C.P. § 703.140(b)(3) | 650.00 | 650.00 |
| **Other Exemptions** | | | |
| cash on hand | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| bank accounts at chase bank- Debtors 1/2 Interest | C.C.P. § 703.140(b)(5) | 3,000.00 | 3,000.00 |
| Household Goods and Firnishings | C.C.P. § 703.140(b)(3) | 0.00 | 0.00 |
| Wedding Ring | C.C.P. § 703.140(b)(4) | 500.00 | 500.00 |
| two(2) guns | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| Auotmobiles, Trucks,Trailers and other vehicles,2003 Lexus GS300, Husband's 1/2 interest | C.C.P. § 703.140(b)(2) | 3,525.00 | 5,000.00 |
| 2003 Lexus GS300 Automobile, balance of Husband's 1/2 interest | C.C.P. § 703.140(b)(5) | 1,475.00 | 0.00 |
| 2001 Toyota Tundra SR5 door, condition fair,Husband's 1/2 nterest | C.C.P. § 703.140(b)(5) | 3,500.00 | 3,500.00 |

1 continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6C (Official Form 6C) (4/10) -- Cont.

In re GEORGE FIKHMAN, Debtor

Case No. 1:11-bk-16691

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1999 Ford Cargo Van F250, poor condition, Husband's 1/2 Interest | C.C.P. § 703.140(b)(5) | 750.00 | 750.00 |
| 2001 Kawasaki 2RX 1200, condition fair, Husband's 1/2 Interest | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Debtor's Five percent(5%) interest in Auction Brothers | C.C.P. § 703.140(b)(5) | 4,000.00 | 2,000.00 |
| Debtors home at 5959 Shoshone Ave., Encino, CA 91316, Husband' 1/2 Interest | C.C.P. § 703.140(b)(5) | 9,000.00 | 256,750.00 |
| | Total: | 31,295.00 | 277,045.00 |

Sheet 1 of 1 continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re GEORGE FIKHMAN Case No. 1:11-bk-16691
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Married** | **Daughter** | **2 1/2** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Realtor/Businessman** | **Sr. Reg. Client Services Assoc.** |
| Name of Employer | **Self employed Realtor And businessman** | **Morgan Stanley SmithBarney LLC** |
| How long employed | **9 Years** | **Approx. 2 1/2 Years** |
| Address of Employer | **5959 Shosone Ave.<br>Encino, CA 91316-1232** | **Financial Control Group<br>1 New York Plaza, 7th Floor<br>New York, NY 10004** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 5,890.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 5,890.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 1,474.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 1,474.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 4,416.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 6,986.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 6,986.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,986.00 | $ 4,416.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 11,402.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

# Morgan Stanley

Natalya Fikhman
5959 Shoshone Ave
Encino, CA 91316

MorganStanley SmithBarney LLC
Financial Control Group
1 New York Plaza, 7th Floor
New York, NY 10004

Check Date: Apr 15, 2011
Check Number: 4661019
Period Beginning Date: Apr 01, 2011
Period Ending Date: Apr 15, 2011

| Net Pay | | 2,208.21 |
|---|---|---|
| J.P. MORGAN CHASE BANK, N.A. account ending in 7674 | | 2,208.21 |

| Earnings | Rate | Hours | Current | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Reg Pay | 33.980 | 86.67 | 2,945.25 | 600.00 | 20,385.75 |
| CSA Bonus | | | 125.00 | | 875.00 |
| SA Bonus | | | 0.00 | | 7,500.00 |
| Retro Reg | | | 0.00 | | 231.04 |

| Deductions | Current | Year-To-Date |
|---|---|---|
| *Medical Deduction | -138.67 | -970.69 |
| *Dental Deduction | -21.91 | -153.37 |
| *Vision Plan | -4.59 | -32.13 |
| *Dependent Care/FSA | -208.34 | -1,458.37 |
| *Health Care/FSA | -41.67 | -291.68 |
| Long Term Disability | -10.97 | -76.79 |
| Supplemental Life Insurance | -2.40 | -16.80 |
| Supplemental Life Ins-Spouse | -2.40 | -16.80 |
| *401(k) Deduction - Regular Pay | -184.22 | -1,289.52 |
| Annual Appeal Campaign | -5.00 | -35.00 |
| * Excluded from federal taxable wages | 0.00 | |

| Taxes | Current | Year-To-Date |
|---|---|---|
| Federal Withholding Tax | -60.00 | -2,300.45 |
| Social Security Tax | -111.51 | -1,095.59 |
| Medicare Tax | -38.50 | -378.24 |
| CA Withholding Tax | 0.00 | -770.05 |
| CA SDI Tax | -31.86 | -313.03 |

| Employee Data | |
|---|---|
| Employee ID | 710VV |
| Cost Center | 100565 |
| Social Security Number | XXX-XX-4268 |
| Federal Marital Status | Married |
| Federal Allowances | 10 |
| Federal Additional Amount | 0.00 |
| State Marital Status | Married |
| State Allowances | 15 |
| State Additional Amount | 0.00 |

# Morgan Stanley

Natalya Fikhman
5959 Shoshone Ave
Encino, CA 91316

MorganStanley SmithBarney LLC
Financial Control Group
1 New York Plaza, 7th Floor
New York, NY 10004

Check Date: Apr 29, 2011
Check Number: 4706685
Period Beginning Date: Apr 16, 2011
Period Ending Date: Apr 30, 2011

| Net Pay | 2,208.20 |
|---|---|
| J.P. MORGAN CHASE BANK, N.A. account ending in 7674 | 2,208.20 |

| Earnings | Rate | Hours | Current | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Reg Pay | 33.980 | 86.67 | 2,945.25 | 680.00 | 23,331.00 |
| CSA Bonus | | | 125.00 | | 1,000.00 |
| SA Bonus | | | 0.00 | | 7,500.00 |
| Retro Reg | | | 0.00 | | 231.04 |

| Deductions | Current | Year-To-Date |
|---|---|---|
| *Medical Deduction | -138.67 | -1,109.36 |
| *Dental Deduction | -21.91 | -175.28 |
| *Vision Plan | -4.59 | -36.72 |
| *Dependent Care/FSA | -208.34 | -1,666.71 |
| *Health Care/FSA | -41.67 | -333.35 |
| Long Term Disability | -10.97 | -87.76 |
| Supplemental Life Insurance | -2.40 | -19.20 |
| Supplemental Life Ins-Spouse | -2.40 | -19.20 |
| *401(k) Deduction - Regular Pay | -184.22 | -1,473.74 |
| Annual Appeal Campaign | -5.00 | -40.00 |
| * Excluded from federal taxable wages | 0.00 | |

| Taxes | Current | Year-To-Date |
|---|---|---|
| Federal Withholding Tax | -60.00 | -2,360.45 |
| Social Security Tax | -111.52 | -1,207.11 |
| Medicare Tax | -38.50 | -416.74 |
| CA Withholding Tax | 0.00 | -770.05 |
| CA SDI Tax | -31.86 | -344.69 |

| Employee Data | |
|---|---|
| Employee ID | 710VV |
| Cost Center | 100565 |
| Social Security Number | XXX-XX-4268 |
| Federal Marital Status | Married |
| Federal Allowances | 10 |
| Federal Additional Amount | 0.00 |
| State Marital Status | Married |
| State Allowances | 15 |
| State Additional Amount | 0.00 |

# Morgan Stanley

Natalya Fikhman
5959 Shoshone Ave
Encino, CA 91316

MorganStanley SmithBarney LLC
Financial Control Group
1 New York Plaza, 7th Floor
New York, NY 10004

Check Date: May 13, 2011
Check Number: 4772391
Period Beginning Date: May 01, 2011
Period Ending Date: May 15, 2011

| Net Pay | 2,208.21 |
|---|---|
| J.P. MORGAN CHASE BANK, N.A. account ending in 7674 | 2,208.21 |

| Earnings | Rate | Hours | Current | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Reg Pay | 33.980 | 86.67 | 2,945.25 | 760.00 | 26,276.25 |
| CSA Bonus | | | 125.00 | | 1,125.00 |
| SA Bonus | | | 0.00 | | 7,500.00 |
| Retro Reg | | | 0.00 | | 231.04 |

| Deductions | Current | Year-To-Date |
|---|---|---|
| *Medical Deduction | -138.67 | -1,248.03 |
| *Dental Deduction | -21.91 | -197.19 |
| *Vision Plan | -4.59 | -41.31 |
| *Dependent Care/FSA | -208.34 | -1,875.05 |
| *Health Care/FSA | -41.67 | -375.02 |
| Long Term Disability | -10.97 | -98.73 |
| Supplemental Life Insurance | -2.40 | -21.60 |
| Supplemental Life Ins-Spouse | -2.40 | -21.60 |
| *401(k) Deduction - Regular Pay | -184.22 | -1,657.96 |
| Annual Appeal Campaign | -5.00 | -45.00 |
| * Excluded from federal taxable wages | 0.00 | |

| Taxes | Current | Year-To-Date |
|---|---|---|
| Federal Withholding Tax | -60.00 | -2,420.45 |
| Social Security Tax | -111.51 | -1,318.62 |
| Medicare Tax | -38.50 | -455.24 |
| CA Withholding Tax | 0.00 | -770.05 |
| CA SDI Tax | -31.86 | -376.75 |

| Employee Data | |
|---|---|
| Employee ID | 710VV |
| Cost Center | 100565 |
| Social Security Number | XXX-XX-4268 |
| Federal Marital Status | Married |
| Federal Allowances | 10 |
| Federal Additional Amount | 0.00 |
| State Marital Status | Married |
| State Allowances | 15 |
| State Additional Amount | 0.00 |

# Morgan Stanley

Natalya Fikhman
5959 Shoshone Ave
Encino, CA 91316

MorganStanley SmithBarney LLC
Financial Control Group
1 New York Plaza, 7th Floor
New York, NY 10004

Check Date: May 31, 2011
Check Number: 4818272
Period Beginning Date: May 16, 2011
Period Ending Date: May 31, 2011

| Net Pay | 2,208.21 |
|---|---|
| J.P. MORGAN CHASE BANK, N.A. account ending in 7674 | 2,208.21 |

| Earnings | Rate | Hours | Current | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Reg Pay | 33.980 | 86.67 | 2,945.25 | 856.00 | 29,221.50 |
| CSA Bonus | | | 125.00 | | 1,250.00 |
| SA Bonus | | | 0.00 | | 7,500.00 |
| Retro Reg | | | 0.00 | | 231.04 |

| Deductions | Current | Year-To-Date |
|---|---|---|
| *Medical Deduction | -138.67 | -1,386.70 |
| *Dental Deduction | -21.91 | -219.10 |
| *Vision Plan | -4.59 | -45.90 |
| *Dependent Care/FSA | -208.34 | -2,083.39 |
| *Health Care/FSA | -41.67 | -416.69 |
| Long Term Disability | -10.97 | -109.70 |
| Supplemental Life Insurance | -2.40 | -24.00 |
| Supplemental Life Ins-Spouse | -2.40 | -24.00 |
| *401(k) Deduction - Regular Pay | -184.22 | -1,842.18 |
| Annual Appeal Campaign | -5.00 | -50.00 |
| * Excluded from federal taxable wages | 0.00 | |

| Taxes | Current | Year-To-Date |
|---|---|---|
| Federal Withholding Tax | -60.00 | -2,480.45 |
| Social Security Tax | -111.51 | -1,430.13 |
| Medicare Tax | -38.50 | -493.74 |
| CA Withholding Tax | 0.00 | -770.05 |
| CA SDI Tax | -31.86 | -408.61 |

| Employee Data | |
|---|---|
| Employee ID | 710VV |
| Cost Center | 100565 |
| Social Security Number | XXX-XX-4268 |
| Federal Marital Status | Married |
| Federal Allowances | 10 |
| Federal Additional Amount | 0.00 |
| State Marital Status | Married |
| State Allowances | 15 |
| State Additional Amount | 0.00 |

In re GEORGE FIKHMAN Case No. 1:11-bk-16691
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,067.00 |
| a. Are real estate taxes included? Yes X No ___ | |
| b. Is property insurance included? Yes X No ___ | |
| 2. Utilities: a. Electricity and heating fuel | $ 300.00 |
| b. Water and sewer | $ 170.00 |
| c. Telephone | $ 200.00 |
| d. Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 200.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 100.00 |
| 7. Medical and dental expenses | $ 180.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 800.00 |
| d. Auto | $ 201.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 403.00 |
| b. Other | $ 0.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 7,619.00 |
| 17. Other See Detailed Expense Attachment | $ 2,180.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 15,920.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | |
|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $ 11,402.00 |
| b. Average monthly expenses from Line 18 above | $ 15,920.00 |
| c. Monthly net income (a. minus b.) | $ -4,518.00 |

B6J (Official Form 6J) (12/07)

In re GEORGE FIKHMAN Case No. 1:11-bk-16691

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

## Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| Hair Cuts | $ | 50.00 |
| Child Day Care | $ | 890.00 |
| Cable Internet | $ | 170.00 |
| Second Mortgage Payment on Shoshone Property, Encino, CA | $ | 570.00 |
| Other Expenses Property Management Est. | $ | 500.00 |
| **Total Other Expenditures** | $ | 2,180.00 |

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Central District of California

In re GEORGE FIKHMAN, Debtor(s) — Case No. 1:11-bk-16691 — Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

**Creditor's Name:**
Aurora

**Describe Property Securing Debt:**
residential rental at 5923 Night Whisper Ave. NW, Albquerque NM 87114

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain Request Modification of Loan (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

Property No. 2

**Creditor's Name:**
Bank Of America

**Describe Property Securing Debt:**
residential rental at 5927 Night Rose Ave., NW, Albuquerque NM 87114

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain Request Modification of Loan (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America** | **Describe Property Securing Debt:**<br>**residential rental at 5923Night Whisper Rd., , NW, Albuquerque, NM 87114** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Request Modification of Loan** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America** | **Describe Property Securing Debt:**<br>**residential rental at 905 Nakomis Dr., NE, Albuquerque, NM 87112** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Request Modification of Loan** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**residential rental at 6100 Star Gazer Ave.,NW, Albuquerque, NM 87114** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Request Modification of Loan** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**residential rental at 5972 Night Rose Ave., NW, Albuquerque, NM 87114** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Request Modification of Loan** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Citimortgage,Inc** | **Describe Property Securing Debt:**<br>**residential rental at 6312 Michelangelo Ln., Albuquerque, NM 87114** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Request Modification of Loan** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**GMAC Mortgage** | **Describe Property Securing Debt:**<br>**residential rental at 309 Cacabel Trail, SE, Albuquerque, NM 87123** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Request Modification of Loan** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Lockheed Credit Union** | **Describe Property Securing Debt:**<br>**2006 Lexus RX350, 44,000 miles**<br>**Location with Debtor's (value from Edmonds)** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain ____________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**National City** | **Describe Property Securing Debt:**<br>**5959 Shoshone Ave.**<br>**Encino, CA 91316** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Request Modification of Loan** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt ☐ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**U.S. Bank Home Mortgage** | **Describe Property Securing Debt:**<br>**5959 Shoshone Ave.**<br>**Encino, CA 91316**<br>**Husband's one half interest** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Pay per modification** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt ☐ Not claimed as exempt

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**wachovia/Wells Fargo** | **Describe Property Securing Debt:**<br>**condominium at 5460 White Oak Ave., C218, Encino, CA 91316** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Request modification of Loan** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**wachovia/Wells Fargo** | **Describe Property Securing Debt:**<br>**Condominium at 5460 White Oak Ave, C218, Encino, CA 91316** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Request Modification of Loan** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

7/01/11 4:07PM



B8 (Form 8) (12/08)

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Bank | **Describe Property Securing Debt:**<br>residential rental at 6312 Michelangelo Ln., NW, Albuquerque, NM 87114 |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain Request modication of Laon (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>NONE | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date 7/2/11 Signature [signature]
GEORGE FIKHMAN
Debtor

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

DIANE WEIL
Bankruptcy Trustee
16000 Ventura Blvd. Suit 1000
Encino, CA 91436

GEORGE FIKHMAN
5959 Shosone Ave
Encino, CA 91316

Ag Intl Serv
2226 E Claire Dr
Phoenix, AZ 85022

Albuq Colls
Po Box 93877
Albuquerque, NM 87199

Am Honda Fin
6261 Katella Ave # 1 A
Cypress, CA 90630

Aurora
PO Box 78111
Phoenix, AZ 85062

Aurora Loan Services
Attn: Bankruptcy Dept.
Po Box 1706
Scottsbluff, NE 69363

Bac Home Loans Service
450 American St
Simi Valley, CA 93065

Bank Of America
PO Box 5170
Simi Valley, CA 93062

Bank Of America
4500 Anion Carter Blvd.
Fort Worth, TX 76155

Bank Of America
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27410

Chase
PO Box 78420
Phoenix, AZ 85062

Chase
PO Box 78148
Phoenix, AZ 85062

Chase
3990 S Babcock St
Melbourne, FL 32901

Chase
9451 Corbin Avenue
Northridge, CA 91328

Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Chase
Po Box 1093
Northridge, CA 91328

Chase Manhattan Mortgage
Chase Card Services
Po Box 15298
Wilmington, DE 19850

Chase/ WAMU
3990 S. Babcock St.
Melbourne, FL 32901

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898

Citimortgage,Inc
PO Box6006
The Lakes, NV 88901

First Premier Bank
3820 N. Louise Ave
Sioux Falls, SD 57107

Firstar
c/o US Bank Bankruptcy Dept
Po Box 5229
Cincinnati, OH 45201

GMAC Mortgage
PO Box 780
Waterloo, IA 50704

Hilco Receivables/Equable Ascent Financial
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089

Home Comings Financial
Attention: Bankruptcy Dept
1100 Virginia Drive
Fort Washington, PA 19034

Ntl City Mtg
6 N Main St
Dayton, OH 45402

Pnc Mortgage

Sears/cbsd
133200 Smith Rd
Cleveland, OH 44130

Tiffany & Bosco, PA
Michael A. Bosco, Jr.
2525 E Camelback Rd. Ste. 300
Phoenix, AZ 85016

U.S. Bank Home Mortgage
3121 Michelson Dr.
5th Floor
Irvine, CA 92612

Us Mortgage
5825 Sahara Ave
Las Vegas, NV 89146

Vanatana Ranch Community Assoc.
PO Box 3169
Houston, TX 77253

Wachov Mtg/ Wells Fargo
Attn: Bankruptcy
Po Box 10335
Des Moines, IA 50306

Wachovia/Wells Fargo
PO Box 659558
San Antonio, TX 78265

HSBC Nv/GM Card
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

Indymac Bank
Attn:Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758

LA County Tax Lien
225 North Hill St., Rm 122
PO Box 514818
Los Angeles, CA 90051

Lockheed Credit Union
P.O.Box 6759
Burbank, CA 91510

Los Suenos de ABQ HOA
PO Box 105007
Atlanta, GA 30348

Main Street Acquisiton
2877 Paradise Rd Unit 30
Las Vegas, NV 89109

Manager Encino Oaks HOA
5460 White Oak Ave
Encino, CA 91316

Natalya Fikhman
5959 Shosone Ave
Encino, CA 91316-1232

National City
P.O. Box 5570
Cleveland, OH 44101

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Sheldon J. Eskin<br>Law Office of Sheldon J. Eskin<br>13400 Riverside Drive<br>Suite 209<br>Sherman Oaks, CA 91423<br>(818) 905-0102 Fax: (818) 905-0104<br>105665<br>☐ Attorney for: | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>GEORGE FIKHMAN<br>Debtor(s). | CASE NO.: 1:11-bk-16691<br>CHAPTER: 7<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION (INDIVIDUAL)

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☑ Amendments to Schedules A,B,C,I,, J and Statement of Intention — Date Filed: 7/06/11
☐ — Date Filed: ______
☐ Other: ______ — Date Filed: ______

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

[signature] — Date: 7/2/11
*Signature of Signing Party*
GEORGE FIKHMAN
*Printed Name of Signing Party*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

[signature] — Date: 7/5/2011
*Signature of Attorney for Signing Party*
Sheldon J. Eskin 105665
*Printed Name of Attorney for Signing Party*