FILED & ENTERED

SEP 25 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

GEORGE FIKHMAN,

Debtor.

Case No. 1:11-bk-16691-MB

Chapter 7

**ORDER:**

**[1] GRANTING DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE; AND**

**[2] DIRECTING THE OFFICE OF THE UNITED STATES TRUSTEE TO APPOINT A CHAPTER 7 TRUSTEE [CASE DKT. 36]**

[No Hearing Required; Local Bankr. R. 5010-1(e) and 9013-1(q)(11)]

On May 27, 2011, Tiffany Elmena Towns (the "Debtor") filed a voluntary chapter 7 petition, initiating the bankruptcy case set forth in the caption of this Order (the "Case"). Dkt. 1. The Debtor received his discharge on March 16, 20212, and the case was closed on March 21, 2012. Dkt. 33, 35.

On September 21, 2026, the Debtor moved to reopen the Case to allow him to amend his Schedules and Statement of Financial Affairs to list several omitted assets including ownership interests in various partnerships with substantial real estate portfolios and ownership interests in three real properties. Case Dkt. 36. A case may be reopened "to administer assets, to accord relief to the debtor, or

\\\\

\\\\

for other cause." 11 U.S.C. § 350(b). For good cause appearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**; the Case is s reopened pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010.

2. The Office of the United States Trustee is hereby directed to appoint a chapter 7 trustee.

###

Date: September 25, 2026

Martin R Barash
United States Bankruptcy Judge